IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARVEY M. SHANER, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIMECARE MEDICAL INC. | : | |
| AND AMANDA BENNER | : | NO. 19-2442 |

# ORDER

**AND NOW**, this 9th day of March, 2020, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 18), to which no response has been filed, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that Plaintiff may file a second amended complaint that cures the deficiencies in the Amended Complaint no later than April 9, 2020.

BY THE COURT:

/s/ John R. Padova

---

John R. Padova, J.